# Court of Appeals
# of the State of Georgia

ATLANTA, February 05, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0222. SHAQWUAN HALEY v. THE STATE.**

In 2013, Shaqwuan Haley entered a negotiated plea under Georgia's First Offender Act, OCGA § 42-8-60 et seq. The trial court sentenced Haley as a first offender to twenty years, with the first ten years in confinement and the balance to be served on probation.

Ten years later, the State filed a "Petition for Adjudication of Guilt and Imposition of Sentence in First Offender Case," which alleged that Haley had violated the conditions of his probation. Following a hearing in December 2024, the trial court revoked Haley's first-offender status, entered an adjudication of guilt, and resentenced Haley as a felon to 20 years, to be served in confinement.[1] Haley filed a timely application for discretionary appeal and the State has filed a motion to dismiss.

Ordinarily, appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). However, the Supreme Court of Georgia has recently held "that the entry of an adjudication of guilt and revocation of a defendant's first-offender status is directly appealable." *Howard v. State*, 319 Ga. 114, 114 (902 SE2d 551) (2024). Because Haley seeks to challenge the trial court's entry of an adjudication of guilt and revocation of his first-offender status, the order may be appealed directly. See id.

---

[1] As part of the same proceeding, the trial court revoked Haley's probation in two other cases as well.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Haley shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court. The State's motion to dismiss is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   02/05/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*